

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00752-CV

Marcus F. **KASPAR** and Deborah Kaspar,
Appellants

v.

**MS SERVICES, LLC**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000235
Honorable M. Rex Emerson, Judge Presiding

Opinion by:     Patricia O. Alvarez, Justice

Sitting:        Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: September 25, 2019

DISMISSED

Appellants Marcus and Deborah Kaspar moved to dismiss this appeal. Appellants state the parties "have settled all matters between them that were involved in this appeal." Appellants' motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

Patricia O. Alvarez, Justice